# SPECIFICATIONS

A – LUX AT 10 METERS
B – DISTANCE (m) WITH 1 LUX
C – DISTANCE (m) WITH .25 LUX

| Product Description | Part # | Weight | Watts | AMP Draw | LEDs | Raw Lumens | A | B | C | Peak Beam Instensity |
|---|---|---|---|---|---|---|---|---|---|---|
| Q - Flood | 24411 | 2.8 lbs | 80 | 5.8 | 16 | 7040 | 169 | 130 | 260 | 16928 cd |
| Q - Spot | 24421 | 2.8 | 80 | 5.8 | 16 | 7040 | 1840 | 429 | 858 | 184000 |
| Q - Diffused | 24451 | 2.8 | 80 | 5.8 | 16 | 7040 | 55 | 74 | 148 | 5500 |
| Q - Spot/Down Diffused | 24461 | 2.8 | 80 | 5.8 | 16 | 7040 | 1060 | 326 | 651 | 106000 |
| Q - Flood/Down Diffused | 24471 | 2.8 | 80 | 5.8 | 16 | 7040 | 92 | 96 | 192 | 9200 |
| Q2 - Wide | 54411 | 2.8 | 90 | 6.5 | 24 | 9000 | 450 | 212 | 424 | 45000 cd |
| Q2 - Driving | 54431 | 2.8 | 90 | 6.5 | 24 | 9000 | 520 | 228 | 456 | 52000 |
| Q2 - Hyperspot | 54471 | 2.8 | 90 | 5.8 | 16 | 7040 | 3280 | 573 | 1145 | 328000 |
| Q2 - Diffused | 54451 | 2.8 | 90 | 5.8 | 24 | 9000 | 78 | 88 | 77 | 7800 |
| Q2 - Driving/Hyperspot | 54481 | 2.8 | 75 | 5.4 | 20 | 7500 | 1632 | 404 | 808 | 163200 |
| Q2 - Driving/Down Diffused | 54461 | 2.8 | 90 | 6.5 | 24 | 9000 | 113 | 106 | 213 | 11300 |

Q Diffused – Flood optics behind diffused lens
Q2 Diffused – Driving optics behind diffused lens
SEE PAGE 86 FOR MARINE PART NUMBERS.

* *Raw Lumens* is based on LED manufacturer specifications.
* *Distance with .25 lux* and *Peak Beam Intensity* are tested using ANSI/NEMA FL standards.



# NEW RDS-SERIES™



## RDS TECHNOLOGY

RDS Output Technology™ requires a new way to measure projected light.

Continuous Arc Intensity™ (CAI) is the new way to measure intensity. Since the array of LEDs aren't pointing in the same direction the SAE methodology to measure intensity doesn't apply. We still measure intensity, but it is spread over an arc at a constant intensity.

Continuous Arc Width™ (CAW) is the width of continuous intensity as shown in the CAI. This is measured in degrees of light projected. On a 54" think of it like a 46 degree wide spot beam.

Continuous Arc Distance™ (CAD) is the distance using SAE methodology to measure .25 lux as max beam distance. The difference? "Arc Distance" is measured over the entire width of the CAI, not just the center of the beam.



# X OF FORM AND FUNCTION



ndustries® RDS-Series is another first for the lighting industry. Series starts with an E-Series™ light bar treated to a gentle arc, linear LED light with a curve in a 20"-54" extruded aluminum housing and packed full of Rigid's latest advancement in LED ogy. RDS-Series brings a new sleekness to the roof or bumper of a vehicle while providing a wider spread of light.



Top View



CAW

CAD



## SPECIFICATIONS

| Product Description | Part # | Weight (lbs) | Watts | AMP Draw | LEDs | Raw Lumens | Continuous Arc Intensity (Candela) | Continuous Arc Width (Degrees) | Continuous Arc Distance (Meters) |
|---|---|---|---|---|---|---|---|---|---|
| RDS 20" - Spot | 88221 | 6.6 | 150 | 10.87 | 40 | 10460 | 245000 | 26.7 | 989.9 |
| RDS 30" - Spot | 88321 | 9.2 | 225 | 16.30 | 60 | 15690 | 321000 | 32.6 | 1133.1 |
| RDS 40" - Spot | 88421 | 12 | 300 | 21.74 | 80 | 20920 | 325000 | 38.4 | 1140.2 |
| RDS 50" - Spot | 88521 | 18.25 | 375 | 27.17 | 100 | 26150 | 364000 | 44.3 | 1206.6 |
| RDS 54" - Spot | 88621 | 20 | 405 | 29.35 | 108 | 28242 | 365000 | 46.6 | 1208.3 |

RDS-SERIES  5

The A-Series LED Accessory Light is the universal light of choice. Anywhere from inside a vehicle cab, cabin light on a boat, back of a work vehicle or even in a trunk, the A-Series unleashes the imagination, and can take a dark environment and make it bright. Its durable, lightweight, waterproof cast aluminum housing allows installation almost anywhere you need a high strength 400 lumen LED.



A-SERIES™



- Fully Submersible Cast Aluminum Housing
- Triplex™ is for Extreme Salt Water Use
- .2 amps / 10-28V / 3W Total Draw - 200 Lumen
- .3 amps / 10-28V / 4W Total Draw - 400 Lumen
- Polycarbonate Lens with UV / Anti-Scratch Coating
- Reverse Voltage Protected
- 38 Series Polyester Powder-Coat
- Includes Adapters for Radius Tube or Flat Surface Mounts
- 3M VHB Adhesive Pad Included for Stick-on-Surface Mounting


BLACK


WHITE


3.00"  1.625"


TRIPLEX



40007    A-Series Angled Mount Kit
40008    A-Series Radius Mount Kit

## BLACK

**LOW POWER**    PAIR PN

| | | |
|---|---|---|
| 48001 | Warm White | 48201 |
| 48002 | Natural White | 48202 |
| 48003 | Cool White | 48203 |
| 48004 | Red | 48204 |
| 48005 | Blue | 48205 |
| 48006 | Green | 48506 |
| 48034 | Amber | 48234 |

**HIGH POWER**    PAIR PN

| | | |
|---|---|---|
| 48007 | Warm White | 48207 |
| 48008 | Natural White | 48208 |
| 48009 | Cool White | 48209 |
| 48010 | Red | 48210 |
| 48011 | Blue | 48211 |
| 48012 | Green | 48212 |
| 48033 | Amber | 48233 |

## WHITE

**LOW POWER**    PAIR PN

| | | |
|---|---|---|
| 48013 | Warm White | 48213 |
| 48014 | Natural White | 48214 |
| 48015 | Cool White | 48215 |
| 48016 | Red | 48216 |
| 48017 | Blue | 48217 |
| 48018 | Green | 48218 |
| 48032 | Amber | 48232 |

**HIGH POWER**    PAIR PN

| | | |
|---|---|---|
| 48019 | Warm White | 48219 |
| 48020 | Natural White | 48220 |
| 48021 | Cool White | 48221 |
| 48022 | Red | 48222 |
| 48023 | Blue | 48223 |
| 48024 | Green | 48224 |
| 48031 | Amber | 48231 |

## TRIPLEX

**HIGH POWER**    PAIR PN

| | | |
|---|---|---|
| 48025 | Warm White | 48225 |
| 48026 | Natural White | 48226 |
| 48027 | Cool White | 48227 |
| 48028 | Red | 48228 |
| 48029 | Blue | 48229 |
| 48030 | Green | 48230 |
| 48035 | Amber | 48235 |

Cool White matches the kelvin of all other white LED lights. Warm White is comparable to a 60-watt incandescent light bulb, while Natural White is similar to being outside on a sunny day.

**INCLUDES RUBBER ADAPTER MOUNTS**



TUBE MOUNT
Side or bottom wire exit



FLAT MOUNT
Side or bottom wire exit

A-SERIES



# R-SERIES™
## PAR36 RETROFIT

Using Rigid Industries patented optics, with Cree or Osram LEDs, the R-Series projects light over 2x the distance of the nearest competitor. The choice is clear with versatile 9-36V DC input, patented heatsink and a diffuser option.



- Polarity insensitive screw terminals
- Scratch resistant custom molded polycarbonate lens
- FAA DO-160 compliant, only for use in experimental aicraft



**RS, R+**



**RD, RD+**

4.25"

## LUX GRAPHS

A — LUX AT 10 METERS
B — DISTANCE WITH 1 LUX
C — DISTANCE WITH .25 LUX



RD / RD+



RS / R+

## SPECIFICATIONS

| Product Description | Part # | Weight | Watts | AMP Draw | LEDs | Raw Lumens | A | B | C | Peak Beam Instensity |
|---|---|---|---|---|---|---|---|---|---|---|
| RS | 62110 | .67 lbs | 23 | 1.6 | 4 | 1800 | 460 | 214 | 428 | 46000 cd |
| R+ | 62010 | .67 | 40 | 2.7 | 4 | 3400 | 390 | 198 | 400 | 39000 |
| RD | 62120 | .67 | 23 | 1.6 | 4 | 1800 | 14 | 37 | 75 | 1400 |
| RD+ | 62020 | .67 | 40 | 2.7 | 4 | 3400 | 40 | 63 | 126 | 4000 |

\* *Raw Lumens* is based on LED manufacturer specifications.
\* *Distance with .25 lux* and *Peak Beam Intensity* are tested using ANSI/NEMA FL standards.

# OFFROAD



Rigid Industries pioneered LED forward projection lighting and continues to set the industry bar for LED lighting moving forward. Rigid Industries LED lighting for the Offroad Industry, is hands down the brightest option with the most superior Torture Tested projection with an unsurpassed limited lifetime warranty. Whether you are an Offroad Racer or Casual Jeeper, Rigid's lights will save you from what may be lying right around the corner.



## E-SERIES



The original and still the best. Used as driving lights, camp lights, and other various applications. Can be mounted on SUVs, trucks or sandrails for the best combination of distance, flood and efficiency.



## SR-SERIES



Easy to tuck in a grille or on a UTV rollbar. Providing an unmatched combination of light output to size. This is the ideal light for any application with height restrictions.



## D-SERIES

Available in more mounting options and beam patterns than any light on the market.

  



## A-SERIES

Putting out up to 400 lumens, yet about the size of your thumb. These can be used as rock lights, backup lights, interior lights or accent lights. Fully submersible.





## SRM & SRQ

Similar output of the D-Series, but in a slimmer and smaller package. With more light output than some headlights, these are the smallest auxiliary driving lights on the market.

 



OFFROAD  7



# POWERSPORTS

Whether you take the dirt bike or ATV/UTV to the woods or dunes, Rigid Industries has great lighting options to help you navigate through the night.



## E-SERIES



Serious power for the most rugged sport. Our patented optics system is the most powerful, most efficient LED optics on the market. Available in Hyperspot configuration for projecting light over great distances in a concentrated beam.



## SR-SERIES



Low profile, powerful, and rugged. A great combination of a light bar's output and a sleek fit for applications with height restrictions.