

# D-SERIES

  

The Dually and D2 lights are the brightest auxiliary lights available to date. While small and compact, these 3"x3" LED lights produce over 3000 lumens. Usually mounted on handle bars and UTV A-pillars.



# SRM

Half the size of the D-Series and SRQ-Series but still projects an intense amount of light. Kit includes a single bolt mounting system that allows it to be mounted to nearly anything.

 



# SRQ

This is the linear version of the D-Series. It has the same light output more fitting for applications that cannot fit larger lights.

 



POWERSPORTS 7



# PUBLIC SAFETY

Rigid Industries police, fire, first responder, military, and EMS LED Light Bars have an advantage over strobe and rotating light bars by being extremely durable and having extended lifespans. Traditional light bars often have lights with filaments in them. These filaments can burn out or shake loose over time. LED light bars do not have these problems. The lifespan is three times greater than traditional lights. Additionally, our lights have 100% On/Off performance with no warm-up time.



## E-SERIES SR-SERIES



E-Series High Intensity LED Lights are the perfect solution for your safety needs. Our reliable and powerful light bars are ideal for any police, fire, or military use.



## Q-SERIES



Designed specifically to function in any environment and withstand any abuse. Available in a 4,000 lumen Hybrid model or 9,000 lumen Specter model with diffused lens options. This light is big, bright, and heavy duty.



# D-SERIES

  

The Dually and D2 lights are the brightest auxiliary light available to date. While small and compact, these 3"x3" LED lights still produce up to 3096 lumens.



# A-SERIES



Rigid's A-Series™ LED accessory light is small, yet versatile and effective. Though compact, the A-Series™ emits up to 400 lumens. Available in several different colors and housing variations. This can be used as a marker or for warning lights. Also a great choice as a dome light or for compartment and tool box lighting.



# SRM & SRQ

 

Housed in one of the smallest and lightest fixtures ever produced. This compact LED light can be mounted in virtually any location and can project almost 1,000 feet with Hybrid Spot optics or produce an unbelievable 3096 raw lumens with Specter Driving optics.

# BROW MOUNTS

Rigid Industries® Brow Mount bracketry provides a straightforward solution for fire apparatus high output lighting needs. Engineered to fit up to two Rigid SR-Series light bars or one Rigid E-Series™ light bar, the Brow Mount tabs utilize a through bolt system for simple installation. Available in black or white.

7.61"
4.51"



| #40001 | BLACK |
|---|---|
| #40002 | WHITE |





# AGRICULTURE

Turn night into day with Rigid Industries LED lighting. Create brighter and safer workspaces while allowing for work to take place no matter the conditions. When harvest season arrives, Rigid Industries makes it possible with high light output LEDs and low power consumption.

Rigid Industries goes a step further than most companies, with additional testing and certifications for heavy vibration, dust, moisture, and corrosion resistance.



## E-SERIES



Available in both White and Amber, with flood, spot, or combo lighting, these light bars are perfect for any piece of equipment. Add a clamp kit, weld on tabs or cradles and you can mount virtually anywhere to get your job done with excellent lighting in any condition, no matter the time of day.



## D-SERIES

  

Multiple color options available, this is the most efficient LED optics system on the market. The Hybrid LED reflector out-projects comparable products by 20%, making this the most powerful spot-style LED light in the industry!



## D-SERIES HD

Heavy duty jobs require heavy duty lights. With an unbreakable polycarbonate lens, Plug & Play Wiring Harness with switch, vibration isolator, and 50,000+ lifetime hours.



## SRM & SRQ

From a reverse light on a truck to a reflector light on a trailer, or a flood light on a tractor. At only 10 watts, the SRM produces 784 raw lumens of light. The SRQ is available in multiple color options. This light is perfect for any application.

 



## Q-SERIES



The big, bright, and heavy duty Q-Series lights were developed especially for the mining operations, agriculture, oil and gas, and construction industries. Made from the toughest of materials, this light works as hard as you do to keep the job lit!



AGRICULTURE  7

# INDUSTRIAL AND COMMERCIAL

Rigid Industries LED lights are sealed and tested to withstand high-pressure washings, extreme vibrations and made to last up to 50,000 hours. Their low power usage and no-maintenance make these lights a sound investment in mining and construction safety.

In addition, LED Lighting has revolutionized the whole spectrum of Commercial Vehicle lighting. The very low current consumption and superior illumination is coupled with a longevity that often exceeds a vehicles life.



## Q-SERIES



The powerful Q-Series is designed specifically to function in harsh working environments. Ideal equipment lighting during dark hours of mining, construction, and long drives across the country side.



## E-SERIES



Most powerful, most efficient optics system on the market. With the unbreakable Polycarbonate lens, no hot spots, and optically clear lens, the E-Series produces an industry leading 8,400 raw lumens at only 80 watts.

## D-SERIES HD



Heavy duty jobs require heavy duty lights. With an unbreakable polycarbonate lens, Plug & Play Wiring Harness with switch, vibration isolator, and 50,000+ lifetime hours.



## A-SERIES



The A-Series is durable and waterproof, use anywhere you want extra light. Made of cast aluminum the housing allows for installation almost anywhere – even under water.



## SRM & SRQ



Used for virtually any lighting application - from a back-up light on a truck, to a side mounted light on a Excavator, or a flood light on a trailer. Kit includes everything you need for installation including mounting bracket, mounting hardware, and a plug & play wire harness.



INDUSTRIAL AND COMMERCIAL 7

Case 2:14-cv-01569-SMM   Document 1-6   Filed 07/11/14   Page 8 of 9



# MARINE

Whether you're lighting up your deck, the water, or heading back to the dock, the Marine Series lighting solution makes your boating experience more fun and enjoyable.



## M-SERIES



This double row LED light bar can be used on anything from deck lights to running lights mounted high on the mast. With over 800,000 candela (50"), these lights can help you find your way through the tightest channels on the darkest nights.



## MARINE SR-SERIES



Measuring only 1.625" tall, our Marine SR-Series light bars are half the footprint of the M-Series. Only Rigid offers the brightest, furthest projecting LED light bars. Marine SR-Series is offered in both Hybrid and Specter optics systems producing over 5,000 raw lumens in the Specter 10" version.



# D-SERIES



The D-Series utilizes patented Hybrid & Specter optics and project high intensity LED light, making your boating experience far more safe and enjoyable.



# A-SERIES



Utilizing all the same technology as our Wake Flame underwater lights, yet with a smaller housing. The A-Series can mount in a live-well, cockpit, interior, compartments, or even as deck lights. This is a go anywhere, go everywhere kind of light!



# SRM & SRQ



At slightly over a 2" mounted height, these can be used anywhere you need extra light. The flush mount versions can be mounted in hardtops or used with stock mounting bolts for the brightest spread of light on the market. SRQ offers the same extreme light output as the Dually but with the slim profile you need.



MARINE 8