# PLEADING EXHIBIT C

# United States of America

## United States Patent and Trademark Office

# SR-Series

**Reg. No. 4,253,770**   JST PERFORMANCE, INC. (ARIZONA CORPORATION), DBA RIGID INDUSTRIES
                          4641 E IVY ST.
**Registered Dec. 4, 2012**   MESA, AZ 85205

**Int. Cl.: 11**   FOR: LIGHT BARS FOR VEHICLES, NAMELY, LAND BASED VEHICLES, IN CLASS 11
                     (U.S. CLS. 13, 21, 23, 31 AND 34).

**TRADEMARK**   FIRST USE 11-30-2010; IN COMMERCE 11-30-2010.

**PRINCIPAL REGISTER**   THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PAR-
                          TICULAR FONT, STYLE, SIZE, OR COLOR.

SER. NO. 85-602,566, FILED 4-19-2012.

BRENDAN REGAN, EXAMINING ATTORNEY



David J. Kappos

Director of the United States Patent and Trademark Office

# United States of America
## United States Patent and Trademark Office

# D-Series

**Reg. No. 4,263,785**

**Registered Dec. 25, 2012**

**Int. Cl.: 11**

**TRADEMARK**

**PRINCIPAL REGISTER**

JST PERFORMANCE, INC. (ARIZONA CORPORATION), DBA RIGID INDUSTRIES
4641 E IVY ST.
MESA, AZ 85205

FOR: LIGHT BARS FOR VEHICLES, NAMELY, LAND BASED VEHICLES, IN CLASS 11 (U.S. CLS. 13, 21, 23, 31 AND 34).

FIRST USE 5-31-2011; IN COMMERCE 5-31-2011.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PAR-TICULAR FONT, STYLE, SIZE, OR COLOR.

SER. NO. 85-602,578, FILED 4-19-2012.

BRENDAN REGAN, EXAMINING ATTORNEY



David J. Kappos

Director of the United States Patent and Trademark Office

# United States of America
## United States Patent and Trademark Office

# R-SERIES

**Reg. No. 4,463,964**

**Registered Jan. 7, 2014**

**Int. Cl.: 11**

**TRADEMARK**

**PRINCIPAL REGISTER**

JST PERFORMANCE, INC. (ARIZONA CORPORATION), DBA RIGID INDUSTRIES, 779 NORTH COLORADO STREET
GILBERT, AZ 85233

FOR: LIGHTS FOR VEHICLES, IN CLASS 11 (U.S. CLS. 13, 21, 23, 31 AND 34).

FIRST USE 5-31-2013; IN COMMERCE 5-31-2013.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PAR-TICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NO. 4,253,770.

SN 85-823,659, FILED 1-15-2013.

KATHLEEN M. VANSTON, EXAMINING ATTORNEY



*Deborah S. Cohn*

Commissioner for Trademarks of the
United States Patent and Trademark Office

# United States of America
## United States Patent and Trademark Office

# D-SERIES

**Reg. No. 4,521,143**

**Registered Apr. 29, 2014**

**Int. Cl.: 11**

**TRADEMARK**

**PRINCIPAL REGISTER**

JST PERFORMANCE, INC. (ARIZONA CORPORATION), DBA RIGID INDUSTRIES
779 NORTH COLORADO STREET
GILBERT, AZ 85233

FOR: LIGHT BARS FOR VEHICLES, NAMELY, MARINE-BASED VEHICLES, IN CLASS 11
(U.S. CLS. 13, 21, 23, 31 AND 34).

FIRST USE 5-31-2011; IN COMMERCE 5-31-2011.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PAR-
TICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NO. 4,263,785.

SER. NO. 86-044,451, FILED 8-21-2013.

JOHN E. MICHOS, EXAMINING ATTORNEY



*Michelle K. Lee*

**Deputy Director of the United States
Patent and Trademark Office**

# United States of America
## United States Patent and Trademark Office

# E-SERIES

**Reg. No. 4,521,282**
**Registered Apr. 29, 2014**

**Int. Cl.: 11**

**TRADEMARK**

**PRINCIPAL REGISTER**

JST PERFORMANCE, INC. (ARIZONA CORPORATION), DBA RIGID INDUSTRIES
779 NORTH COLORADO STREET
GILBERT, AZ 85233

FOR: LED (LIGHT EMITTING DIODE) LIGHT BARS FOR MOTOR VEHICLES, IN CLASS 11 (U.S. CLS. 13, 21, 23, 31 AND 34).

FIRST USE 10-1-2009; IN COMMERCE 10-1-2009.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PAR-
TICULAR FONT, STYLE, SIZE, OR COLOR.

SER. NO. 86-059,814, FILED 9-9-2013.

JOHN E. MICHOS, EXAMINING ATTORNEY



*Michelle K. Lee*

**Deputy Director of the United States**
**Patent and Trademark Office**

# PLEADING
# EXHIBIT D



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Sun Jun 22 03:10:41 EDT 2014*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP | PREV LIST | CURR LIST |
| NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC | | | | | |

Logout    Please logout when you are done to release system resources allocated for you.

Start   List At: [        ]   OR   Jump   to record: [        ]   **Record 28 out of 39**

TSDR    Assign Status    TTAB Status    *( Use the "Back" button of the Internet Browser to return to TESS)*

# A-SERIES

| | |
|---|---|
| **Word Mark** | A-SERIES |
| **Goods and Services** | IC 011. US 013 021 023 031 034. G & S: LED lights for vehicles marketed exclusively in the automotive and vehicular lighting aftermarket and excluding distribution through original equipment manufacturers. FIRST USE: 20130115. FIRST USE IN COMMERCE: 20130115 |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Serial Number** | 85823642 |
| **Filing Date** | January 15, 2013 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Owner** | (APPLICANT) **JST Performance**, Inc. DBA Rigid Industries CORPORATION ARIZONA 4641 E Ivy St. Mesa ARIZONA 85205 |
| **Attorney of Record** | Michael T . Wallace |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |



United States Patent and Trademark Office

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Sun Jun 22 03:10:41 EDT 2014*

TESS HOME  NEW USER  STRUCTURED  FREE FORM  BROWSE DICT  SEARCH OG  BOTTOM  HELP  PREV LIST  CURR LIST
NEXT LIST  FIRST DOC  PREV DOC  NEXT DOC  LAST DOC

Logout   Please logout when you are done to release system resources allocated for you.

Start   List At: [      ]  OR  Jump  to record: [      ]   **Record 27 out of 39**

**TSDR**   ASSIGN Status   TTAB Status   *( Use the "Back" button of the Internet Browser to return to TESS)*

# M-SERIES

| | |
|---|---|
| **Word Mark** | M-SERIES |
| **Goods and Services** | IC 011. US 013 021 023 031 034. G & S: Lights for vehicles, namely marine-based vehicles, excluding tail lights for marine-based vehicles |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Serial Number** | 85823650 |
| **Filing Date** | January 15, 2013 |
| **Current Basis** | 1B |
| **Original Filing Basis** | 1B |
| **Owner** | (APPLICANT) **JST Performance**, Inc. DBA Rigid Industries CORPORATION ARIZONA 4641 E Ivy St. Mesa ARIZONA 85205 |
| **Attorney of Record** | Michael T . Wallace |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

TESS HOME  NEW USER  STRUCTURED  FREE FORM  BROWSE DICT  SEARCH OG  TOP  HELP  PREV LIST  CURR LIST
NEXT LIST  FIRST DOC  PREV DOC  NEXT DOC  LAST DOC

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY



United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Sun Jun 22 03:10:41 EDT 2014*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP | PREV LIST | CURR LIST |

| NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

Logout   Please logout when you are done to release system resources allocated for you.

Start   List At:          OR   Jump   to record:          **Record 27 out of 60**

TSDR   ASSIGN Status   TTAB Status   *( Use the "Back" button of the Internet Browser to return to TESS)*

# Q-SERIES

| | |
|---|---|
| **Word Mark** | Q-SERIES |
| **Goods and Services** | IC 011. US 013 021 023 031 034. G & S: LED lights for vehicles marketed exclusively in the automotive and vehicular lighting aftermarket and excluding distribution through original equipment manufacturers |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Serial Number** | 85823700 |
| **Filing Date** | January 15, 2013 |
| **Current Basis** | 1B |
| **Original Filing Basis** | 1B |
| **Owner** | (APPLICANT) **JST** Performance, Inc. DBA Rigid Industries CORPORATION ARIZONA 4641 E Ivy St. Mesa ARIZONA 85205 |
| **Attorney of Record** | Michael T . Wallace |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Sun Jun 22 03:10:41 EDT 2014*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP | PREV LIST | CURR LIST |

| NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

Logout   Please logout when you are done to release system resources allocated for you.

Start   List At:          OR   Jump   to record:          **Record 17 out of 60**

| TSDR | ASSIGN Status | TTAB Status | *( Use the "Back" button of the Internet Browser to return to TESS)*

# RDS-SERIES

| | |
|---|---|
| **Word Mark** | RDS-SERIES |
| **Goods and Services** | IC 011. US 013 021 023 031 034. G & S: LED (light emitting diode) lighting fixtures |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Serial Number** | 86082793 |
| **Filing Date** | October 4, 2013 |
| **Current Basis** | 1B |
| **Original Filing Basis** | 1B |
| **Published for Opposition** | February 11, 2014 |
| **Owner** | (APPLICANT) **JST** Performance, Inc. DBA Rigid Industries CORPORATION ARIZONA 779 North Colorado Street Gilbert ARIZONA 85233 |
| **Attorney of Record** | Michael T. Wallace |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP | PREV LIST | CURR LIST |

| NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

# PLEADING EXHIBIT E



**317-759-8529**

@Support@AuroraLEDUSA.com

**Shopping Cart**
0 item(s) - $0.00 ▾

Search

Welcome visitor you can login or create an account.

Home | Wish List (0) | My Account | Shopping Cart | Checkout

D Series Lights    W Series Lights    S Series Lights    Flashlights    Lighting Kits    Mounting Accessories    Wiring Accessories

Home » About Us

## About Us

AuroraLEDUSA.com is owned and operated by OE Mobile Audio LLC.

**We are the official, authorized, US reseller for Aurora LED products.**

We are local to the Indianapolis, IN area but do not currently have a physical retail storefront as all of our sales (Aurora LED items as well as our other products) are through our various e-commerce websites OE Mobile Audio LLC is a family owned and operated business and has been in the Automotive Accessory industry since 2007. We take immense pride in our customer service and it is our number one goal to have an EXTREMELY satisfied customer!

Should you have any questions, please do not hesitate to contact us using the Contact Us page or with the information provided below!

**By Mail:**
Aurora LED USA
PO Box 56
Fishers, IN 46038

**By E-Mail (Preferred Method):**
AuroraLEDUSA@gmail.com
Support@AuroraLEDUSA.com

**By Phone:**
317-759-8529

**Normal Operating Hours:**
Mon - Fri : 8:00a - 7:30p
Sat - Sun : CLOSED

Continue

**Information**
- Comparisons
- About Us
- Warranty / FAQs
- Privacy Policy
- Reviews / Customer Pictures
- Terms & Conditions
- Current Specials

**Customer Service**
- Contact Us
- Returns
- Site Map

**Extras**
- Brands
- Gift Vouchers
- Affiliates
- Specials

**My Account**
- My Account
- Order History
- Wish List
- Newsletter

Aurora LED Light Bars - USA © 2014



317-759-8529

Shopping Cart
0 item(s) - $0.00 ▼

Search

Welcome visitor you can login or create an account.

Home | Wish List (0) | My Account | Shopping Cart | Checkout

| D Series Lights | W Series Lights | S Series Lights | Flashlights | Lighting Kits | Mounting Accessories | Wiring Accessories |

**Categories**

D Series Lights
W Series Lights
S Series Lights
Flashlights
Lighting Kits
Mounting Accessories
Wiring Accessories

Click Here for our current SPECIALS!!

Home » D Series Lights

# D Series Lights

Display: List / Grid

Sort By: Default ▼    Show: 15 ▼

Product Compare (0)

| | | | |
|---|---|---|---|
| | **D-Series, 10" Dual Row LED Light Bar, White LEDs, Combination Beam Pattern** MOST UNITS ARE IN STOCK, FEEL FREE TO DOUBLE CHECK WITH THE SALES STAFF PRIOR TO ORDERING! &n.. | $339.00 | Add to Cart / Add to Wish List / Add to Compare |
| | **D-Series, 20" Dual Row LED Light Bar, White LEDs, Combination Beam Pattern** MOST UNITS ARE IN STOCK, FEEL FREE TO DOUBLE CHECK WITH THE SALES STAFF PRIOR TO ORDERING! &n.. | $469.00 | Add to Cart / Add to Wish List / Add to Compare |
| | **D-Series, 30" Dual Row LED Light Bar, White LEDs, Combination Beam Pattern** MOST UNITS ARE IN STOCK, FEEL FREE TO DOUBLE CHECK WITH THE SALES STAFF PRIOR TO ORDERING! &n.. | $699.00 | Add to Cart / Add to Wish List / Add to Compare |
| | **D-Series, 4" Dual Row LED Light Bar, White LEDs, Flood/Spot Beam Pattern** MOST UNITS ARE IN STOCK, FEEL FREE TO DOUBLE CHECK WITH THE SALES STAFF PRIOR TO ORDERING! &n.. | $199.00 | Add to Cart / Add to Wish List / Add to Compare |
| | **D-Series, 40" Dual Row LED Light Bar, White LEDs, Combination Beam Pattern** MOST UNITS ARE IN STOCK, FEEL FREE TO DOUBLE CHECK WITH THE SALES STAFF PRIOR TO ORDERING! &n.. | $839.00 | Add to Cart / Add to Wish List / Add to Compare |
| | **D-Series, 50" Dual Row LED Light Bar, White LEDs, Combination Beam Pattern** MOST UNITS ARE IN STOCK, FEEL FREE TO DOUBLE CHECK WITH THE SALES STAFF PRIOR TO ORDERING! Ge.. | $1,049.00 | Add to Cart / Add to Wish List / Add to Compare |
| | **D-Series, 6" Dual Row LED Light Bar, White LEDs, Flood/Spot Beam Pattern** MOST UNITS ARE IN STOCK, FEEL FREE TO DOUBLE CHECK WITH THE SALES STAFF PRIOR TO ORDERING! Ge.. | $239.00 | Add to Cart / Add to Wish List / Add to Compare |

Showing 1 to 7 of 7 (1 Pages)

**Information**
- Comparisons
- About Us
- Warranty / FAQs
- Privacy Policy

**Customer Service**
- Contact Us
- Returns
- Site Map

**Extras**
- Brands
- Gift Vouchers
- Affiliates
- Specials

**My Account**
- My Account
- Order History
- Wish List
- Newsletter

- Reviews / Customer Pictures
- Terms & Conditions
- Current Specials

Aurora LED Light Bars - USA © 2014



317-759-8529

@ Support@AuroraLEDUSA.com

**Shopping Cart**
0 item(s) - $0.00 ▾

Search

Welcome visitor you can login or create an account.

Home | Wish List (0) | My Account | Shopping Cart | Checkout

| D Series Lights | W Series Lights | S Series Lights | Flashlights | Lighting Kits | Mounting Accessories | Wiring Accessories |

**Categories**

D Series Lights

**W Series Lights**

S Series Lights

Flashlights

Lighting Kits

Mounting Accessories

Wiring Accessories

Home » W Series Lights

# W Series Lights

Display: List / **Grid**

**Product Compare (0)**

Sort By: Default ▾    Show: 15 ▾



**W-Series 4-LED Working Light, White LEDs**
MOST ITEMS CURRENTLT IN STOCK, EMAIL US IF YOU WISH TO BE SURE.  General Features o..

$89.00    **Add to Cart**
Add to Wish List
Add to Compare

**W-Series 4-LED Working Light, White LEDs, Diffused, 10W**
All orders placed will be fulfilled within 2-3 weeks. For a more accurate date, please do not hes..

$89.00    **Add to Cart**
Add to Wish List
Add to Compare

Showing 1 to 2 of 2 (1 Pages)

Click Here for our current SPECIALS!!

**Information**
- Comparisons
- About Us
- Warranty / FAQs
- Privacy Policy
- Reviews / Customer Pictures
- Terms & Conditions
- Current Specials

**Customer Service**
- Contact Us
- Returns
- Site Map

**Extras**
- Brands
- Gift Vouchers
- Affiliates
- Specials

**My Account**
- My Account
- Order History
- Wish List
- Newsletter

Aurora LED Light Bars - USA © 2014



**317-759-8529**

@Support@AuroraLEDUSA.com

**Shopping Cart**
0 item(s) - $0.00 ▾

Search

Welcome visitor you can login or create an account.

Home | Wish List (0) | My Account | Shopping Cart | Checkout

D Series Lights | W Series Lights | S Series Lights | Flashlights | Lighting Kits | Mounting Accessories | Wiring Accessories

Home » S Series Lights

## Categories

D Series Lights

W Series Lights

**S Series Lights**

Flashlights

Lighting Kits

Mounting Accessories

Wiring Accessories

Click Here for our current SPECIALS!!

## S Series Lights

Display: List / Grid

Product Compare (0)

Sort By: Default ▾        Show: 15 ▾

| | | | |
|---|---|---|---|
| | **S-Series, 10" Single Row LED Light Bar, White LEDs, Combination Beam Pattern** MOST UNITS ARE IN STOCK, FEEL FREE TO DOUBLE CHECK WITH THE SALES STAFF PRIOR TO ORDERING! Ge.. | $279.00 | Add to Cart<br>Add to Wish List<br>Add to Compare |
| | **S-Series, 20" Single Row LED Light Bar, White LEDs, Combination Beam Pattern** MOST UNITS ARE IN STOCK, FEEL FREE TO DOUBLE CHECK WITH THE SALES STAFF PRIOR TO ORDERING! Ge.. | $439.00 | Add to Cart<br>Add to Wish List<br>Add to Compare |
| | **S-Series, 30" Single Row LED Light Bar, White LEDs, Combination Beam Pattern** MOST UNITS ARE IN STOCK, FEEL FREE TO DOUBLE CHECK WITH THE SALES STAFF PRIOR TO ORDERING! Ge.. | $599.00 | Add to Cart<br>Add to Wish List<br>Add to Compare |
| | **S-Series, 40" Single Row LED Light Bar, White LEDs, Combination Beam Pattern** MOST UNITS ARE IN STOCK, FEEL FREE TO DOUBLE CHECK WITH THE SALES STAFF PRIOR TO ORDERING! Ge.. | $809.00 | Add to Cart<br>Add to Wish List<br>Add to Compare |
| | **S-Series, 50" Single Row LED Light Bar, White LEDs, Combination Beam Pattern** MOST UNITS ARE IN STOCK, FEEL FREE TO DOUBLE CHECK WITH THE SALES STAFF PRIOR TO ORDERING! Ge.. | $929.00 | Add to Cart<br>Add to Wish List<br>Add to Compare |
| | **S-Series, 6" Single Row LED Light Bar, White LEDs, Flood/Spot/Combo Beam Pattern** MOST UNITS ARE IN STOCK, FEEL FREE TO DOUBLE CHECK WITH THE SALES STAFF PRIOR TO ORDERING! Ge.. | $189.00 | Add to Cart<br>Add to Wish List<br>Add to Compare |

Showing 1 to 6 of 6 (1 Pages)

| Information | Customer Service | Extras | My Account |
|---|---|---|---|
| • Comparisons | • Contact Us | • Brands | • My Account |
| • About Us | • Returns | • Gift Vouchers | • Order History |
| • Warranty / FAQs | • Site Map | • Affiliates | • Wish List |
| • Privacy Policy | | • Specials | • Newsletter |
| • Reviews / Customer Pictures | | | |
| • Terms & Conditions | | | |
| • Current Specials | | | |

Aurora LED Light Bars - USA © 2014



D Series Lights    W Series Lights    S Series Lights    Flashlights    Lighting Kits    Mounting Accessories    Wiring Accessories

Home » Account » Login

# Affiliate Program

Aurora LED Light Bars - USA affiliate program is free and enables members to earn revenue by placing a link or links on their web site which advertises Aurora LED Light Bars - USA or specific products on it. Any sales made to customers who have clicked on those links will earn the affiliate commission. The standard commission rate is currently 5%.

For more information, visit our FAQ page or see our Affiliate terms & conditions.

**Affiliate**

- Login / Register
- Forgotten Password
- My Account
- Payment Options
- Affiliate Tracking
- Transactions

## New Affiliate

I am not currently an affiliate.

Click Continue below to create a new affiliate account. Please note that this is not connected in any way to your customer account.

Continue

## Affiliate Login

I am a returning affiliate.

**Affiliate E-Mail:**

**Password:**

Forgotten Password

Login

**Information**
- Comparisons
- About Us
- Warranty / FAQs
- Privacy Policy
- Reviews / Customer Pictures
- Terms & Conditions
- Current Specials

**Customer Service**
- Contact Us
- Returns
- Site Map

**Extras**
- Brands
- Gift Vouchers
- Affiliates
- Specials

**My Account**
- My Account
- Order History
- Wish List
- Newsletter

Aurora LED Light Bars - USA © 2014

# PLEADING
# EXHIBIT F



**Shopping Cart**
0 item(s) - $0.00 ▾

317-759-8529

@Support@AuroraLEDUSA.com

Search

Welcome visitor you can login or create an account.

Home | Wish List (0) | My Account | Shopping Cart | Checkout

D Series Lights    W Series Lights    S Series Lights    Flashlights    Lighting Kits    Mounting Accessories    Wiring Accessories

Home » Comparisons

## Comparisons

When you compare Aurora LED Light Bars...

There is **NO COMPARISON!**



**Rigid Industries**

**Extreme OffRoad Lighting**

| Model: 20" Dual Row | ALO-20-P4E4D | 12031 | 20 Inch Pro |
|---|---|---|---|
| # of LEDs and Wattage | 40 @ 5W/ea | 40 @ 2W/ea | 40 @ 3W/ea |
| Total Wattage | 200W | 80W | 120W |
| Beam Distance | 1180 Meters | 946M | Not Listed |
| Lumen Output | 11,200 lm | 8,400 lm | 9,600 lm |
| Lumen Output / $ | 23.88 | 12.00 | 23.81 |
| Warranty | 2 Years | **Limited Lifetime** | 2 Years |

Continue

**Information**
- Comparisons
- About Us
- Warranty / FAQs
- Privacy Policy
- Reviews / Customer Pictures
- Terms & Conditions
- Current Specials

**Customer Service**
- Contact Us
- Returns
- Site Map

**Extras**
- Brands
- Gift Vouchers
- Affiliates
- Specials

**My Account**
- My Account
- Order History
- Wish List
- Newsletter

Aurora LED Light Bars - USA © 2014

# PLEADING EXHIBIT G



English    |    中文版          Home |  About Aurora  |  Solutions  |   Off Road LED Light   |   Commercial Lighting   | News |  Service Center  |  Contact us



## Multiple Usage

For: Off road, 4x4, ATV, UTV, SUV, Motorcycle,
Mining Vehicle, Truck, Jeep, Boat etc.

**AURORA Advantages**

OEM/ODM Service
Military standard
7-15Days Quick Delivery Time
24Hours Services
Super lighting effect
Waterproof,ATEX,Saltfog,Anti-
UV--technology
IP69K,drop ball impact, UV,salt
fog, Vibration, High

More>>

**News**

- Mid-Autumn Festival
- All the things we must d..
- A Blooming Tree
- Encourage
- Hour in the Sun
- The bright future of LED..
- Analysing Evolution of L..
- The development of LED L..

>More

**Aurora** invested by Power-Time Group Limited, group founded 1999,  focus on energy exchange industry. Energy is blood of our business, enhancing utilization ratio is our ultimate goal. Aurora focus on Power to Light business, leading the LED lighting revolution and making energy-wasting traditional lighting technologies obsolete through the use of energy-efficient, environmentally friendly LED lighting .We have strong ability to design, manufacture, sale and service etc. Afford ideal LED solution and high quality products.

Aurora factory located in Shenzhen, own 3000 square metre modern factory, and full equipped with first class equipment from Germany, a large R&D team and skilled workers. Aurora ranks one of the top LED developers and manufacturers, its monthly capacity is able to reach 2000 square metre. Aurora hold the philosophy that quality and stability is the master principle, therefore, Aurora performs according to the standards of ISO9001:2008, the products awarded international certificates, such as, Rohs, IP69K, CB, CE, ETL, GOST, CCC, FCC--

**Solution**                                                                                                  More



| W Series Working Light | D Series Dual Row Light | S Series Single Row Light | A Series Amber Light Bar | M Series Marine Light Bar |

CopyRight 2013--2016   AURORA by Power-Time  Mail: info@szaurora.com          Site Map  New Project  Factory  HR



English   |   中文版          Home |  About Aurora  |  Solutions  |   Off Road LED Light   |   Commercial Lighting   | News |  Service Center  |  Contact us

**Contact us**          Location：Home > Contact us

• Contact us



Company: Shenzhen Aurora Technology Limited
Factory Address:
6F, 1 Building, Liantang Industrial Park, Kangzheng Road, Buji, Shenzhen, China
Tel:0086-755-82682990 82682993
Fax:0086-755-82682997
Mail: info@szaurora.com
Web: www.szaurora.com

CopyRight 2013--2016   AURORA by Power-Time   Mail: info@szaurora.com          CNZZ  Site Map  New Project  Factory  HR

off road led light bar,Off road light bar, - AURORA
Case 2:14-cv-01569-SMM  Document 1-7  Filed 07/11/14  Page 24 of 28
Page 1 of 1



 GO

English  |  中文版

Home |  About Aurora  |  Solutions |   Off Road LED Light  |   Commercial Lighting   | News |  Service Center  |  Contact us

**Off Road LED Light**

Location：Home > D series dual Row Light

- D series dual Row Light
- W series Working Light
- S series Single Row light
- A series Amber color light
- M series Marine Light
- Application Accessories



50inch off road light bar(AR Optical)



40inch off road light bar(AR Optical)



30inch off road light bar(AR Optical)

Service ⊗
🧑 Vivi
🧑 Jakter
🧑 Suki
🧑 April
Ⓢ Bob
Ⓢ Vivi
Ⓢ Jakter
Ⓢ Suki
Ⓢ April
🖐 Vivi

20inch off road light bar(AR Optical)

6inch off road led light bar(AR Optical)

4inch off road led light bar(AR Optical)







10inch off road led light bar(AR Optical)

50inch off road led light bar(Reflector+Lens)

40inch off road led light bar(Reflector+Lens)











30inch off road led light bar(Reflector+Lens)  20inch off road led light bar(Reflector + Lens)  10inch off road led light bar(Reflector+Lens)

1   2   ›   »

CopyRight 2013--2016  AURORA by Power-Time  Mail：info@szaurora.com        Site Map  New Project  Factory  HR



English  |  中文版

Home | About Aurora | Solutions | Off Road LED Light | Commercial Lighting | News | Service Center | Contact us

**Off Road LED Light**

Location：Home > W series Working Light

- D series dual Row Light
- W series Working Light
- S series Single Row light
- A series Amber color light
- M series Marine Light
- Application Accessories


2 inch amber color night light(R+L Optic)


Aurora dustproof fog light(R+L optic)


2 inch 3w working light(AR optic)


led working light( reflector+ lens)


2 inch 5w driving led working light( reflector + lens)


2 inch 5w working light(reflector + lens)


led working light

CopyRight 2013--2016   AURORA by Power-Time   Mail: info@szaurora.com       CNZZ  Site Map  New Project  Factory  HR



🔍 [                    ] GO

English  |  中文版

Home |  About Aurora  |  Solutions  |   Off Road LED Light   |   Commercial Lighting   | News |  Service Center  |  Contact us

Location：Home > S series Single Row light

**Off Road LED Light**

• D series dual Row Light

• W series Working Light

• S series Single Row light

• A series Amber color light

• M series Marine Light

• Application Accessories



10inch single row light bar(Driving beam)



6inch single row led light bar(Driving beam)



6inch single row light bar (Reflector with lens series)



10inch single row light bar (Reflector with lens series)



20inch single row light bar (Reflector with lens series)



30inch single row light bar (Reflector with lens series)



40inch single row light bar (Reflector with lens series)



50inch single row light bar (Reflector with lens series)

CopyRight 2013--2016   AURORA by Power-Time   Mail: info@szaurora.com         Site Map  New Project  Factory  HR

**AURORA**

**Off Road LED Light**

Location：Home > A series Amber color light

- D series dual Row Light
- W series Working Light
- S series Single Row light
- A series Amber color light
- M series Marine Light
- Application Accessories



10inch amber single-row LED off road light bar(reflector+lens)



2inch working LED off road light bar (reflector+lens series)



6inch amber dual-row LED off road ligth bar (reflector+lens series)



4inch dual-row LED off road light bar (reflector+lens series)



2inch amber working LED off road light bar (AR series)

10inch dual row amber light LED off road light bar(reflector+lens series)

CopyRight 2013--2016   AURORA by Power-Time   Mail: info@szaurora.com        Site Map  New Project  Factory  HR



English | 中文版

🔍 [ ] GO

Home | About Aurora | Solutions | Off Road LED Light | Commercial Lighting | News | Service Center | Contact us

**Off Road LED Light**

Location：Home > M series Marine Light

• D series dual Row Light

• W series Working Light

• S series Single Row light

• A series Amber color light

• M series Marine Light

• Application Accessories



10inch marine LED light bar(reflector+lens series)

CopyRight 2013--2016  AURORA by Power-Time  Mail: info@szaurora.com     CN中文 Site Map  New Project  Factory  HR